IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Robert Starkweather d/b/a Star Farms, )<br>)<br>Plaintiff, )<br>)<br>-versus- )<br>)<br>Carolina Veg, Inc., James Brittain, and )<br>Phillip C. Jones, each individually, )<br>)<br>Defendants. )<br>_____)<br>)<br>Carolina Veg, Inc., )<br>)<br>Counter-Plaintiff, )<br>)<br>-versus- )<br>)<br>Robert Starkweather d/b/a Star Farms, )<br>)<br>Counter-Defendant. )<br>_____) | Civil Action Number: 3:10-1978-CMC<br><br><br><br>**OPINION and ORDER** |

This matter is before the court on motion of Plaintiff's counsel, Jonathan Milling and Priscilla Grannis, to withdraw. Neither Defendants nor Plaintiff have responded to counsel's motion, either in support or opposition, and the time for doing so has expired. Counsel's motion to withdraw is **granted**. In addition to the copy of this Order which will be served by the Clerk of Court, Counsel are directed to serve a copy of this Order and a copy of the most recent Scheduling Order on Plaintiff.

Pursuant to Local Civil Rule 73.02(B)(2)(e), DSC, this matter is hereby referred to a United States Magistrate Judge for all further pretrial proceedings, including the entry of a modified Scheduling Order, if necessary.

1

Plaintiff must place the Civil Action Number ("C/A No.") listed above on any document provided to this court in connection with this case. Any future filings made by Plaintiff in this case must be sent to the Clerk's Office in Columbia, South Carolina (**901 Richland Street, Columbia, South Carolina 29201**). All documents requiring Plaintiff's signature shall be signed with Plaintiff's full legal name written in Plaintiff's own handwriting. *Pro se* litigants, such as Plaintiff, shall not use the "s/typed name" format used in the Electronic Case Filing System.

Plaintiff is **ORDERED** to keep the Clerk of Court advised in writing (**901 Richland Street, Columbia, South Carolina 29201**) of any change in address for any reason, so as to assure that orders or other matters that specify deadlines will be received. If, as a result of Plaintiff's failure to comply with this Order, Plaintiff fails to meet a deadline set by this court, this matter may be dismissed for failure to comply with this Order. Therefore, if Plaintiff has a change of address before this case is ended, Plaintiff must comply with this Order by immediately advising the Clerk of Court in writing of such change of address. Failure to do so will not be excused by the court.

Additionally, Plaintiff is notified that failure to participate in discovery, if so requested by Defendants under the Federal Rules of Civil Procedure, and/or failure to comply with deadlines or other directives contained in orders issued by the undersigned or the United States Magistrate Judge to whom this case is assigned may result in dismissal of this action.

Plaintiff's attention is directed to the attached page regarding important filing information.

**IT IS SO ORDERED**.

s/ Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
June 28, 2011

# IMPORTANT INFORMATION ....PLEASE READ CAREFULLY
# WARNING TO PRO SE PARTY OR NONPARTY FILERS

All Documents That You File with the Court Will Be Available to the Public on the Internet Through Pacer (Public Access to Court Electronic Records) and the Court's Electronic Case Filing System.

**CERTAIN *PERSONAL IDENTIFYING INFORMATION* SHOULD NOT BE INCLUDED IN OR SHOULD BE REMOVED FROM ALL DOCUMENTS *BEFORE* YOU SUBMIT THE DOCUMENTS TO THE COURT FOR FILING.**

Rule 5.2 of the Federal Rules of Civil Procedure provides for privacy protection of electronic or paper filings made with the court. Rule 5.2 applies to ***ALL*** documents submitted for filing, including pleadings, exhibits to pleadings, discovery responses, and any other document submitted by any party or nonparty for filing. Unless otherwise ordered by the court, a party or nonparty filer should not put certain types of an individual's personal identifying information in documents submitted for filing to any United States District Court. If it is necessary to file a document that already contains personal identifying information, the personal identifying information should be "**blacked out**" or **redacted** prior to submitting the document to the Office of the Clerk of Court for filing. A person filing any document containing their own personal identifying information **waives** the protection of Rule 5.2(a) by filing the information without redaction and not under seal.

1. Personal information protected by Rule 5.2(a):

   **(a) Social Security and Taxpayer identification numbers.** If an individual's social security
   number or a taxpayer identification number must be included in a document, the filer may include
   only the last four digits of that number.

   **(b) Names of Minor Children.** If the involvement of a minor child must be mentioned, the filer
   may include only the initials of that child.

   **(c) Dates of Birth.** If an individual's date of birth must be included in a document, the filer may
   include only the year of birth.

   **(d) Financial Account Numbers.** If financial account numbers are relevant, the filer may include
   only the last four digits of these numbers.

2. Protection of other sensitive personal information – such as driver's license numbers and alien registration numbers – may be sought under Rule 5.2(d)(Filings Made Under Seal) and (e) (Protective Orders).