IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Robert Starkweather d/b/a Star Farms, ) | Civil Action Number: 3:10-1978-CMC |
| ) | |
| Plaintiff, ) | |
| ) | |
| -versus- ) | **OPINION and ORDER** |
| ) | |
| Carolina Veg, Inc., James Brittain, and ) | |
| Phillip C. Jones, each individually, ) | |
| ) | |
| Defendants. ) | |
| _____) | |
| ) | |
| Carolina Veg, Inc., ) | |
| ) | |
| Counter-Plaintiff, ) | |
| ) | |
| -versus- ) | |
| ) | |
| Robert Starkweather d/b/a Star Farms, ) | |
| ) | |
| Counter-Defendant. ) | |
| _____) | |

This matter is before the court on Plaintiff's complaint asserting causes of action under the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. § 499e, as well as certain state law claims. Defendants have also asserted counterclaims of breach of contract and unjust enrichment against Plaintiff.

On June 29, 2011, this court relieved Plaintiff's counsel and referred this case to a United States Magistrate Judge. The dispositive motions deadline having passed, the court hereby withdraws the reference, as the only remaining issues in this case are for trial. Plaintiff is specifically reminded that failure to comply with deadlines pertaining to trial contained in the Consent Amended Scheduling Order entered March 21, 2011, a copy of which is attached to this

1

Order, and deadlines contained in other orders and/or notices and/or failure to appear for trial may result in dismissal of this matter with prejudice.

**IT IS SO ORDERED**.

s/ Cameron McGowan Currie<br>
CAMERON MCGOWAN CURRIE<br>
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
June 29, 2011